IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) No. | |
| v. ) | |
| ) | 4:24CR668 HEA/RHH |
| DARRYL JASPERING, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE
### (Transmitting Threatening Communications)

1. On or about December 23, 2023, in the Eastern District of Missouri and elsewhere, Defendant,

**DARRYL JASPERING,**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, Defendant **DARRYL JASPERING** used an internet-based contact page on the website of the St. Louis City branch of the National Association for the Advancement of Colored People (NAACP), located in St. Louis, Missouri, to write and transmit a message to the NAACP in which he used racially charged threats to physically harm the recipients of his message.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
### (Interference with Federally Protected Activities)

2. On or about December 23, 2023, in the Eastern District of Missouri and elsewhere, Defendant,

**DARRYL JASPERING,**

by threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere with, individuals working at the St. Louis City branch of the NAACP in St. Louis, Missouri, because of their race and color and because they were and had been enjoying private employment. Specifically, Defendant **DARRYL JASPERING** transmitted a message to the NAACP in which he used racial slurs and threatened to physically harm the employees of the NAACP. The defendant's acts included the threatened use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 245(b)(2)(C).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CHRISTINE KRUG, #42586MO
Assistant United States Attorney